

**Date Signed:**
**May 13, 2016**

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>LEONARD GEORGE HOROWITZ,<br><br>  Debtor. | Case No. 10-00679<br>Chapter 13 |
| LEONARD G. HOROWITZ and SHERRI KANE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PAUL J. SULLA, JR.; et al.,<br><br>  Defendants. | Adversary Proceeding No. 16-90015<br><br><br><br><br><br>Related Dkt. Nos.: 48, 54 |

### FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES; EXHIBITS A-C

On May 10, 2016, Plaintiffs Leonard G. Horowitz and Sherri Kane

("Appellants") filed a notice of appeal of the Order Denying Motion for Preliminary

Injunction and Extended Stay, entered on May 3, 2016, in this adversary proceeding

in bankruptcy.[1] The Appellants did not elect for the District Court to hear the appeal

---

[1] The notice of appeal is signed only by Leonard G. Horowitz, but it appears Ms. Kane is a party to the appeal.

so the clerk has referred the matter to the Bankruptcy Appellate Panel for the Ninth Circuit ("BAP").

The filing fee for a bankruptcy appeal totals $298.[2] Together with the notice of appeal, the Appellants filed a "Motion for Permission to Appeal in Form [sic] Pauperis for Bankruptcy Appellate Panel," attaching Form 4 – Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis. On May 11, 2016, the Appellants filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 240) ("Application").

Federal courts may authorize the commencement of any suit without prepayment of fees or security, by a person who submits an affidavit that includes a statement of all assets the person possesses, demonstrating he is unable to pay such costs or give such security. *See* 28 U.S.C. § 1915(a)(1). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948); *see also United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (stating that the affidavit must "state the facts as to affiant's poverty with some particularity, definiteness and certainty" (internal quotation omitted)).

---

[2] This includes $293 pursuant to the Bankruptcy Court Miscellaneous Fee Schedule issued in accordance with 28 U.S.C. § 1930, plus a statutory fee of $5 pursuant to 28 U.S.C. § 1930(c).

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 2 of 50

When reviewing a motion filed pursuant to § 1915(a), "[t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). While § 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins*, 335 U.S. at 339, the applicant must nonetheless show that he is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).

If the matter involved is an appeal, there is an additional requirement. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).

Although the Appellants filed the requests to proceed without the prepayment of fees in the bankruptcy court, the bankruptcy court and the BAP do not have authority to grant *in forma pauperis* applications. *Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992); *Determan v. Sandoval (In re Sandoval)*, 186 B.R. 490, 496 (9th Cir. BAP 1995). Therefore, I make this recommendation to the United States District Court for the District of Hawaii for entry of an order denying the Application. I also recommend that the matter be considered suitable for disposition without a hearing, pursuant to Local Rule 7.2(d).

Although I do not agree with the Appellants' arguments made in the underlying matter, I do not find that their appeal is taken in bad faith. In reviewing their

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 3 of 50

affidavits[3] in support of the requests to proceed *in forma pauperis*, as well as the schedules, statements, and proposed plan filed by Dr. Horowitz on March 9, 2016, in his chapter 13 bankruptcy case, I recommend that the District Court find that the Applicants have not established that they are unable to pay the $298 fee.

In his IFP affidavits, Dr. Horowitz states that he receives $1,500 monthly in royalties from his copyrighted material and that he has no other income. No income information is provided for Ms. Kane. However, Dr. Horowitz also is a debtor in this court and it is appropriate to take notice of the substantial financial information he has placed in the public record in his bankruptcy case. In contrast to the information in his IFP affidavits, on March 9, 2016, Dr. Horowitz calculated his monthly income as $1,931.76 plus another $364.25 from "Unmarried partner contributions" for a combined monthly income of $2,296. Case No. 16-00239, Dkt. # 4, at 29. He has proposed a chapter 13 plan with monthly payments of $3,668.36 to the trustee, so he must be confident of his ability to pay that amount every month.[4] Dkt. # 7, at 1.

All of the financial information in the record indicates that Dr. Horowitz's expenses exceed his current income. However, the majority of expenses appear to involve business interests (Healthy World, LLC, Legal Remedies, LLC, and Medical

---

[3] Both Dr. Horowitz and Ms. Kane signed the affidavit in support of the Motion for Permission to Appeal in Form [sic] Pauperis for Bankruptcy Appellate Panel but only Dr. Horowitz signed the Application to Proceed in District Court Without Prepaying Fees or Costs.
[4] This may be the same $3,668.36 monthly payment described in the IFP affidavits as legal fees.

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 4 of 50

Veritas International, Inc.) and litigation, rather than what one would ordinarily consider to be the necessities of life.

The IFP affidavits also fail to disclose any assets other than two vehicles and certain real property which is the subject of the underlying litigation. Yet in the bankruptcy schedules and statements filed two months ago, Dr. Horowitz lists two limited liability companies with his 50% interests valued at $60,000 and $17,000 respectively, domains and trademarks valued at $75,000, as well as accounts receivable, artwork, jewelry, and musical instruments.

After reviewing this information, I recommend that the District Court find that the Appellants are able to pay the $298 filing fee for the appeal, and that the District Court deny the request to proceed without prepayment of fees. I further recommend that an order denying the Application provide that the bankruptcy court or BAP may dismiss the appeal if the Appellants do not pay the filing fee within 14 days after entry of the order.

**END OF RECOMMENDATION**

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 5 of 50

# UNITED STATES DISTRICT COURT

### for the

### District of Hawaii

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 MAY 11  P 3: 41

MICHAEL A. _____
CLERK OF ____

| | |
|---|---|
| Leonard George Horowitz, et al | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 16-90015 |
| Paul J. Sulla, Jr.; Jason Hester, et al. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I am retired from dentistry.

My gross pay or wages are: $ _____0.00_____ , and my take-home pay or wages are: $ _____0.00_____ per

*(specify pay period)* _____ month _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
I received Royalties of approximately $1500 per month from my copyrighted material.

## EXHIBIT A

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2002 Nissan Quest worth $1500
2000 Chrysler Concord worth $1500

My 17 acre property (worth including $485,600) title has been stolen from me by Defendant Paul J. Sulla, Jr. via forgeries and filing false documents with the County and State. I have used my life savings to pay for that property, and I had already prevailed in a judicial foreclosure and was awarded $200 for fraud in the sale in the property which was later vacated unlawfully. I have an adjoining land parcel worth $21,300.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Yes. I have $3,668.36 per month in legal fees, with trying to defend my only home. Now I have been driven into bankruptcy. I have to pay about $2500 in maintenance and upkeep of the home and land which I have to borrow to pay. I had purchased the property as a B&B and could never open it because of the malicious lawsuits filed by Defendant Sulla  Defendant Sulla has hoodwinked the state court judge to hand his drifter shill, Defendant Jason Hester, my property, with no trial, no questions asked, no affidavits or facts before the court, by Defendant Hester. This has forced me into bankruptcy.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Sherri Kane, my fiance and assistant. I owe Sherri Kane $178,000 plus interest for work she had done for a company I was a partner in, that had been dissolved without my consent. I had granted her 50% of the subject property as payment, but since the title has been stolen, I don't know how I will pay this debt back. Sherri has also suffered serious health problems from the stress, caused by Defendant Sulla, and is unable to work at this time.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I owe approximately $100,000 to my attorney in the state court action, which accrued with the defense of the subject property.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 05/11/2016 _____

_____
*Applicant's signature*

Leonard George Horowitz
*Printed name*

H416D (12/15)

<table>
<tr>
<td>
Filer's Name, Address, Phone, email:

Leonard George Horowitz<br>
13-3775 Pahoa Kalapana Rd<br>
Pahoa, HI 96778<br>
808 965 2112<br>
310 877 3002
</td>
<td>
FILED<br>
U.S. BANKRUPTCY COURT<br>
DISTRICT OF HAWAII

2016 MAY 10 P 3: 19

MICHAEL B.
</td>
</tr>
<tr>
<td colspan="2" align="center">
**UNITED STATES BANKRUPTCY COURT**<br>
**DISTRICT OF HAWAII**<br>
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813
</td>
</tr>
<tr>
<td>
Debtor(s): Leonard George Horowitz
</td>
<td rowspan="2">
Case No.:

Chapter: 13
</td>
</tr>
<tr>
<td>
Plaintiff(s):   Leonard George Horowitz and<br>
           Sherri Kane

*(Use "et al." for multiple parties)*
</td>
</tr>
<tr>
<td>
Defendant(s): Paul J. Sulla, Jr.; Jason Hester;<br>
          Stephen D. Whittaker, et.al.
</td>
<td>
Adversary Proceeding No.: 16-90015
</td>
</tr>
</table>

## Motion for Permission to Appeal in Form Pauperis For Bankruptcy Appellate Panel

[*Title of Document, e.g., MOTION, APPLICATION, DECLARATION, STATEMENT*]

Motion for Permission to Appeal in Form Pauperis For Bankruptcy Appellate Panel (see attached document page 7); Affidavit in Support of Motion (page 1, Form 4)

Date: 5/10 /16

/s/ Leonard George Horowitz

[*Print name and sign*]

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant(s) or Petitioner(s)** Leonard G. Horowitz and Sherri Kane

v.                                                **Case No.** 16-90015

**Appellee(s) or Respondent(s)** Paul J. Sulla, Jr, Jason Hester, etal.

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _(signature)_                          Date: 5/10/2016

My issues on appeal are:

(1) Whether the bankruptcy court had personal jurisdiction over Hester, who is not a valid "holder-in-due-course" of the Note and claimed debt;

(2) Whether the bankruptcy court had subject-matter jurisdiction necessary to grant Hester relief despite Hester's non-appearance and not having filed an affidavit; and

(3) Whether denying injunctive relief (and lifting the automatic stay) was an appropriate exercise of discretionary abstention (comity or Rooker-Feldman), especially in lieu of evidence of extrinsic fraud, corruption in the State court proceedings, Sulla's concealed real party in interest, and the fact that several defendants are not parties to the state court actions, and several claims likewise.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-Employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment Payments | $ 0 | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) Royalties | $ 1,500 | $ | $ 1,500 | $ |
| **TOTAL MONTHLY INCOME:** | $ 1,500 | $ | $ 1,500 | $ |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 10 of 50

2.  *List your employment history for the past two years, most recent employer first.*
    *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |

3.  *List your spouse's employment history for the past two years, most recent employer first.*
    *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 11 of 50

4.   *How much cash do you and your spouse have?*   $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  | $ 0 | $ |
|  |  | $ 0 | $ |
|  |  | $ 0 | $ |
|  |  | $ 0 | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .***

5.   *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| TMK's 1-3-001-043-0000 & 1-3-001-043-0000 The title has been stolen from me by Paul J. Sulla Jr. | $ 485,600 | 9.42 acre land | $ 21,300 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 2002 Nissan | Quest | 4N2ZN15T52D810783 | $ 1,500 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 2000 Chrysler | Concord | 2C3HD36J8YH427477 | $ 1,500 |

-4-

| Other Assets | Value |
|---|---|
| | $ |
| | $ |
| | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Paul J. Sulla, Jr | $ 6,000,000 | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| Sherri Kane | Fiance | 47 |
| | | |
| | | |

-5-

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 13 of 50

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included? ☐ Yes ☒ No<br>- Is property insurance included? ☐ Yes ☒ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 1,000 | $ |
| Food | $ 400 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 50 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ |
| Insurance (not deducted from wages or included in mortgage payments)<br>- Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ | $ |
| - Motor Vehicle | $ 55.18 | $ |
| - Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: Paying Taxes for Non-Profit gross | $ 100 | $ |
| Installment payments<br>- Motor Vehicle | $ 0 | $ |
| - Credit Card (name): | $ 0 | $ |
| - Department Store (name): | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 14 of 50

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 1,500 | $ |
| Other (specify) Legal Fees | $ 3,668.36 | $ |
| **Total Monthly Expenses:** | $ 6,873.54 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

                                         ☒ Yes      ☐ No

If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

                                         ☒ Yes      ☐ No

*If yes, how much?* $ 100,000

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Please see attached document for explaination

12. *State the city and state of your legal residence.*

*City* Pahoa                      *State* HI

*Your daytime phone number (ex., 4153558000):* (808) 965-2112

*Your age:* 63      *Your years of schooling:* Doctorate (retired dentist)

*Last four digits of your Social Security Number (ex.,6789):* 5,563

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed 05/13/16  Page 15 of 50

Sherri Kane and are victims of organized crime. I have paid my mortgage off, and my property title has been stolen via forged documents by Defendant Paul J. Sulla, Jr. who is using a drifter as his shill, on paper, Defendant Jason Hester.

Disqualified real party of interest, Paul Sulla Jr's attorney, Defendant Stephen D. Whittaker has corrupted the state court into granting Hester title of my property which I purchased as a B&B and is my only home. They are no facts or affidavits by Mr. Hester before the court, and Mr. Hester has no standing or equity in my property.

Defendant Sulla acted without authority to transfer my notes and mortgage, first to church entity that did not exist, then into Defendant Hester's personal name.

I have already prevailed in a frivolous judicial foreclosure and had won 200K for fraud in the sale of the property against the now deceased seller Cecil Loran Lee. The Final judgment in that state court action accurately states that I had paid the final balloon payment on my mortgage.

Defendant Sulla came into the picture after the trial, while Lee was on his death bed out of state, and illegally and unlawfully transferred my notes and mortgage out of my and my Corporation sole's name. I hired the top forensic handwriting expert, and she provided an affidavit confirming that Sulla had altered the documents.

Defendant Sulla never appealed the denial of the judicial foreclosure.

Instead he chose without authorization, to unlawfully auction my property to Defendant Hester by non-judicial foreclosure in violation of 665-7 and 651-C, falsely claiming Hester was Lee's "nephew," after he conflictingly told the Probate court that Lee no longer had any interest in the subject property since he lost to me in a judicial foreclosure.

I hired a PI who provided an affidavit that Hester was not related to Lee, so Defendant Sulla changed his story, falsely claiming Defendant Hester was Lee's "grand-nephew."

The malicious prosecution has caused me years of legal debt to defend myself and my property from Defendant Sulla's malicious prosecutions with the intent to steal the only home I have.

I have been forced into bankruptcy because the legal fees are piling up.

The subject property was supposed to be supporting itself but because of Defendant Sulla stealing my title, I have been unable to really open the inn and bring in revenue.

Currently I am having to borrow from partnerships in order to pay my legal debt and maintenance fees.

Being able to save the property is essential to my reorganization plan.

Leonard George Horowitz and Sherri Kane

**Debtor 1**  Leonard George Horowitz
First Name     Middle Name     Last Name

**Debtor 2**
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**
**13-3775 Pahoa Kalapana Rd**
Street address, if available, or other description

**Pahoa, HI 96778**
City    State    ZIP Code

**HAWAII**
County

If you own or have more than one, list here:

**1.2.**
**13-377 Pahoa Kalapana Rd**
Street address, if available, or other description

**Pahoa, HI 96778**
City    State    ZIP Code

**Hawaii**
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land (on 2 Lots)   Purchased in
☐ Investment property   2004
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only   Transferred all interests
☐ Debtor 2 only   from Royal Bloodline of David
☐ Debtor 1 and Debtor 2 only   in 2004
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____  3-1-3-001-049-0000-000

3-1-3-000-043-0000-000

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$ 550,000**
Current value of the portion you own?  **$ 225,000**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**FEE SIMPLE/ Warranty Deeds**

**Partnership in Life Religious**
☐ Check if this is community property **Estate**
(see instructions)

---

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: __ 3-1-3-000-042-000-000

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$ 175,000**
Current value of the portion you own?  **$ 85,000**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Partnership in Life Religious**
**Estate**   **Warranty Deed**

☐ Check if this is community property
(see instructions)

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 17 of 50

EXHIBIT C

**What is the property?** Check all that apply.

1.3. _____
Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

_____
City     State    ZIP Code

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

_____
County

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................→ $ __310,000__

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1. Make:    Chrysler
Model:    Concord
Year:    2002
Approximate mileage:    178,000
Other information:

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1800.00 | $ 900.00 |

If you own or have more than one, describe here:

3.2. Make:    Nissan
Model:    Quest
Year:    2001
Approximate mileage:    150,000
Other information:

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1200.00 | $ 600.00 |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 18 of 50

| 3.3. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|------|------|------|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

| 3.4. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|------|------|------|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

| 4.1. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|------|------|------|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|------|------|------|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................➔ $ 1,500

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
  *Examples*: Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ☒ Yes. Describe.........    Furniture, Kitchenware    $_____3,500

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☒ No
  ☐ Yes. Describe.........    $_____

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ☒ Yes. Describe.........    Artwork    $_____1,200

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ☐ No
  ☒ Yes. Describe.........    musical instruments    $_____5,000

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ☒ No
  ☐ Yes. Describe.........    $_____

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ☒ Yes. Describe.........    Clothing    $_____1,000

**12. Jewelry**
  Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ☐ Yes. Describe.........    Heirloom Jewelry    $_____1,000

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☒ No
  ☐ Yes. Describe.........    $_____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ☒ No
  ☐ Yes. Give specific information..............    $_____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......    →    $    11,700

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 20 of 50

Debtor 1 _____
         First Name   Middle Name   Last Name

Case number (if known) _____

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☒ No
    ☐ Yes.................................................................................................................................... Cash: ....................... $ _____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes....................    Amounts are transient and only reflect amounts at the time of this writing
                                Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo | $ 500 |
| 17.2. Checking account: | Bank of Hawaii | $ 750 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Wells Fargo | $ 1200 |
| 17.7. Other financial account: | Wells Fargo | $ 150 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes..................    Institution or issuer name:

    _____   $ _____
    _____   $ _____
    _____   $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☐ Yes. Give specific     Name of entity:                          % of ownership:
    information about
    them. ..................    Healthy World, LLC              50%      $ 60,000
                               Legal Remedies, LLC             50%      $ 17,000
                               _____      ____%    $ _____

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 21 of 50

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them. .................

Issuer name:

_____  $_____

_____  $_____

_____  $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately..

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................

Issuer name and description:

_____  $_____

_____  $_____

_____  $_____

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 22 of 50

Leonard George Horowitz

Debtor 1 _____  Case number (if known)_____
            First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☒ Yes. Give specific
        information about them...  [_____]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☐ No
    ☒ Yes. Give specific
        information about them...  [ Domains, Trademarks ]  $ 75,000

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific
        information about them...  [_____]  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☒ No
    ☐ Yes. Give specific information
        about them, including whether      Federal:  $_____
        you already filed the returns      State:    $_____
        and the tax years. ...............  Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information. ..........     Alimony:              $_____
                                                     Maintenance:          $_____
                                                     Support:              $_____
                                                     Divorce settlement:   $_____
                                                     Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☒ Yes. Give specific information...........  Paul J Sulla Jr "Jason Hester" owes me court fees
                                                 where i prevailed in judicial foreclosure case because they    907
                                                 are the virtual representatives of Seller, Cecil Loran Lee.  $_____

Official Form 106A/B                    Schedule A/B: Property                          page 7

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 23 of 50

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $_____ |
    | | | $_____ |
    | | | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ...........          $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☑ Yes. Describe each claim. ...................    Stewart Title Company - Title insurance
    Title has been stolen and they refused to assist    $ 550,000

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim. ...................    (see attachment)    $ 6,060,000

35. **Any financial assets you did not already list**

    ☒ No

    ☐ Yes. Give specific information. ...........    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................................    →    $ 6,765.507

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

    Current value of the portion you own?
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No

    ☑ Yes. Describe.......    Donations from visiting guests to property listed in 1.1.    $ 3,600

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No

    ☑ Yes. Describe.......    computer, printer, camera, cell phone, office furniture    $ 5,000

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 24 of 50

Debtor 1    Leonard George Horowitz    Case number _____

Form A106A/B

Part 4. Line 34. Other contingent and unliquidated claims of every nature, including
counterclaims of the debtor and rights to set off claims.

Property title loss damages breakdown caused by Paul J. Sulla, Jr. with the complicit
assistance of Judge Ronald Ibarra, Attorney Stephen Whittaker and Jason Hester
TMK 3-1-3-001-049-0000-000 & TMK 3-1-3-000-043-0000-000 (See Part 1, 1.1)

| | |
|---|---|
| Property Purchase price- | $ 550,000 |
| Property Maintenance costs for 11 years | 660,000 |
| Fees and Costs | 250,000 |
| Property Improvements | 600,000 |
| Sub Total Loss | 2,060,000 |
| Work Product Loss | 2,000,000 |
| IIED & NIED | 2,000,000 |
| Total Loss | 6,060,000 |

Page 8A

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
☑ No
☐ Yes. Describe......                                                          $_____

41. Inventory
☑ No
☐ Yes. Describe......                                                          $_____

42. Interests in partnerships or joint ventures
☐ No
☑ Yes. Describe......    Name of entity: (See Line 19)          % of ownership:
_____          ____%    $_____
_____          ____%    $_____
_____          ____%    $_____

43. Customer lists, mailing lists, or other compilations
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.........                                              $_____

44. Any business-related property you did not already list
☐ No
☑ Yes. Give specific     Line 1.1 Purchased as a residence but also as a
information .........
                         also purchased as a B&B and as a Health and Educational Enterprise   $_____

                         Value was previously listed on Line 1.1           $_____
                         _____              $_____
                         _____              $_____
                         _____              $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...........................................................................→    $ 8,600

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. Farm animals
Examples: Livestock, poultry, farm-raised fish
☐ No
☑ Yes...................    fish pond                                         $ 1,500

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 26 of 50

48. **Crops—either growing or harvested**

☐ No
☒ Yes. Give specific information. ...... | Fruit Trees | $ 12,500

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☒ Yes............ | | $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes............ | | $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☒ Yes. Give specific information. ........ | Tractor | $ 6,000

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................ → | $ 20,000

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ............ | | $_____
| | $_____
| | $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............ → | $ 0

---

**Part 8:  List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ...................... → $ 310,000

56. Part 2: Total vehicles, line 5 | $ 1,500

57. Part 3: Total personal and household items, line 15 | $ 11,700

58. Part 4: Total financial assets, line 36 | $ 6,765,507

59. Part 5: Total business-related property, line 45 | $ 8,600

60. Part 6: Total farm- and fishing-related property, line 52 | $ 20,000

61. Part 7: Total other property not listed, line 54 | + $ 0

62. Total personal property. Add lines 56 through 61. .......... | $ 6,807,307  Copy personal property total → + $ 6,807,307

63. Total of all property on Schedule A/B. Add line 55 + line 62. ............... | $ 7,117,307

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 27 of 50

Fill in this information to identify your case:

| Debtor 1 | Leonard | George | Horowitz |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | Retired Dentist/<br>Health Educator | |
| Occupation may include student or homemaker, if it applies. | Employer's name | | |
| | Employer's address | | |
| | | Number  Street | Number  Street |
| | | | |
| | | City       State  ZIP Code | City       State  ZIP Code |
| | How long employed there? | _____ | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0 | $ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0 | $ |

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 28 of 50

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................➔ | 4. | $    0 | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $_____     $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $_____     $_____

8. **List all other income regularly received:**

8a. Net income from rental property and from operating a business, profession, or farm   (see attached)

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. Including Book Royalties   8a.   $1931.76     $_____

| | | | |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | $_____ | $_____ |

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $_____     $_____

| | | | |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. Social Security | 8e. | $_____ | $_____ |

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____   8f.   $_____     $_____

| | | | |
|---|---|---|---|
| 8g. Pension or retirement income | 8g. | $_____ | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. +$_____ | +$_____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1,931.76     $_____

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 1,931.76   +   $_____   =   $_____
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify:   Unmarried partner contributions   11. + $ 364.25

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12.   $ 2,296

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   If I can get freed from the organized crime causing my legal fees to be high

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 29 of 50

## SCHEDULE I: YOUR INCOME  8A

HEALTHY WORLD, LLC

| | |
|---|---|
| GROSS RECEIPTS OR SALES | $64,195.96 |
| PAYMENTS FROM LEGAL REMEDIES | 7,030.30 |
| | |
| TOTAL GROSS | 7 1,226.26 |
| PARTNERSHIP INTEREST GROSS | $35,613.13 |
| | |
| ACCOUNTING | 630.62 |
| ADVERTISING | 1,858.17 |
| REPAIRS AND MAINTENANCE | 5,192.32 |
| TAXES AND LICENSES | 841.81 |
| INTEREST | 2.159.61 |
| TRADE SHOW/ WORKSHOP/LECTURE/ BUSINESS | |
| ACCOMMODATIONS | 297.78 |
| ENTERTAINMENT | 565.77 |
| BUSINESS MEETINGS | 3,312.72 |
| TRAVEL MEALS | 417.96 |
| TRANSPORTATION | 4,981.06 |
| MISCELLANEOUS | 1,480.52 |
| AUTOMOBILE EXPENSES | 3,462.49 |
| BANK FEES | 475.22 |
| CHARITABLE CONTRIBUTIONS | 756.66 |
| COMMISSIONS | 14.00 |
| CONSULTING | 75.00 |
| CREDIT CARD PROCESSNG | 4,175.70 |
| FULFILLMENT | 15,735.31 |
| INTERNET | 1,038.58 |
| JANITORIAL | 290.34 |
| LEGAL | 10,133.97 |
| MISCELLANEOUS | 1137.87 |
| OFFICE EXPENSES | 9,472.72 |
| PHONE | 4,243.67 |
| POSTAGE | 914.03 |
| RESEARCH & DEVELOPMENT | 754.63 |
| MEALS | 1464.72 |
| SUPPLIES | 11,834.69 |
| WEB HOSTING | 3,720.00 |
| UTILITIES | 298.42 |
| PRINTING | 768.97 |
| | |
| TOTAL EXPENSES | 92,505.33 |
| TOTAL NET | -21,279.07 |
| PARTNERSHIP INTEREST NET | -10,639.54 |

Page  2A

Debtor 1      Leonard George Horowitz  Case number _____

SCHEDULE I: YOUR INCOME  8A

LEGAL REMEDIES, LLC

| | |
|---|---|
| GROSS RECEIPTS OR SALES | $17,550.24 |
| PARTNERSHIP INTEREST GROSS | $ 8,775.12 |


| | |
|---|---|
| TAXES AND LICENSES | 474.00 |
| TRADE SHOW/ WORKSHOP/LECTURE/ BUSINESS | |
|    ACCOMMODATIONS | 395.95 |
|    BUSINESS MEETINGS | 549.48 |
|    MEALS | 254.80 |
|    MISCELLANEOUS | 63.00 |
| AUTOMOBILE EXPENSES | 143.78 |
| BANK FEES | 218.79 |
| CHARITABLE CONTRIBUTIONS | 270.90 |
| CONSULTING | 69.99 |
| CREDIT CARD PROCESSNG | 338.49 |
| LEGAL | 121.05 |
| MISCELLANEOUS | 221.92 |
| OFFICE EXPENSES | 343.90 |
| POSTAGE | 776.47 |
| RESEARCH & DEVELOPMENT | 363.20 |
| SUPPLIES | 1,183.82 |
| WEB HOSTING | 506.21 |
| PRINTING | 187.16 |
| PAYMENTS TO HEALTHY WORLD, LLC | 7,030.30 |
| | |
| TOTAL EXPENSES | 6,482.91 |
| | |
| NET | $4,037.03 |
| | |
| PARTNERSHIP INTEREST NET | $2,185.51 |

Page 2B

SCHEDULE I: YOUR INCOME  8A

MEDICAL VERITAS INTERNATIONAL INC

| | |
|---|---|
| ONLINE DONATIONS | 2,729.88 |
| BOOK ROYALTIES | 40694.88 |
| | |
| TOTAL | 43,424.76 |

| | |
|---|---|
| REPAIRS AND MAINTENANCE | 3,353.00 |
| TAXES AND LICENSES | 1,719.31 |
| BANK FEES | 238.50 |
| CHARITABLE CONTRIBUTIONS | 1,684.97 |
| CREDIT CARD PROCESSNG | 485.24 |
| LEGAL | 21,901.18 |
| MISCELLANEOUS | 170.00 |
| UTILITIES | 1,131.93 |
| | |
| TOTAL EXPENSES | 30, 684.13 |
| | |
| TOTAL NET | 9,405.06 |

Page 2C

Fill in this information to identify your case:

Debtor 1 __Leonard__ __George__ __Horowitz__
First Name / Middle Name / Last Name

Debtor 2
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   ☒ No

   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent..........................

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do you have expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.  $ ____0____

   If not included in line 4:

   4a. Real estate taxes   see schedule D, line 2.2   4a.  $ ____250____

   4b. Property, homeowner's, or renter's insurance   4b.  $ ____0____

   4c. Home maintenance, repair, and upkeep expenses   4c.  $ ____2,500____

   4d. Homeowner's association or condominium dues   4d.  $ ____0____

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 33 of 50

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 120 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 236 |
| | 6d. Other. Specify: _____ Legal Fees _____ | 6d. | $ 3,525 |
| 7. | **Food and housekeeping supplies** | 7. | $ 183 |
| 8. | **Childcare and children's education costs** | 8. | $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100 |
| 10. | **Personal care products and services** | 10. | $ 130 |
| 11. | **Medical and dental expenses** | 11. | $ 250 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 289 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 226 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0 |
| | 15b. Health insurance | 15b. | $ 0 |
| | 15c. Vehicle insurance | 15c. | $ 120 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 183 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ |
| | 17b. Car payments for Vehicle 2 | 17b. | $ |
| | 17c. Other. Specify:_____ | 17c. | $ |
| | 17d. Other. Specify:_____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ |
| | 20b. Real estate taxes | 20b. | $ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| | 20e. Homeowner's association or condominium dues | 20e. | $ |

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 34 of 50

Debtor 1   **Leonard George Horowitz**
           First Name    Middle Name    Last Name

Case number (if known)_____

21.  Other. Specify: _____      21.  +$ _____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                                  22a.   $   7,979

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $      0

22c. Add line 22a and 22b. The result is your monthly expenses.              22c.   $   7,979

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*         23a.   $   2,296

23b. Copy your monthly expenses from line 22c above.                         23b.  –$   7979

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*                                 23c.   $   -5683

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:

I am a victim of organized crime and fraud. My legal fees and bankruptcy burdens are high
because of this. If I am able to save my home by discharging the false debts, which will reduce
my legal expenses, and then consolidate my debts, I know I will see a tremendous
decrease in my expenses. The prospects are good to establish commercial success by just
determinations by this court.

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 35 of 50

| Debtor 1 | Leonard | George | Horowitz |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $ 310,000 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $ 6,807,307 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. | $ 7,117,307 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ | $ 613,334.03 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $ 135,061.09 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... | + $ 7,800 |
| Your total liabilities | $ 756,195.12 |

### Part 3:   Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ........................................................ | $ 2,296 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ........................................................ | $ 7,979 |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 36 of 50

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 1932.25

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)  $_____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  $_____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $_____

   9d. Student loans. (Copy line 6f.)  $_____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  $_____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $_____

   9g. **Total.** Add lines 9a through 9f.  $  0

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Leonard | George | Horowitz |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _~~Leonard L. Horowitz~~_                    X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date _3-9-2016_                                         Date _____
MM / DD / YYYY                                          MM / DD / YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Fill in this information to identify your case:

| Debtor 1 | Leonard | George | Horowitz |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City            State   ZIP Code | | _____ City         State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City            State   ZIP Code | | _____ City         State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | $ 14,635.50 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |
| For last calendar year:<br>(January 1 to December 31, 2014)<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | $ 152,774.56 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |
| For the calendar year before that:<br>(January 1 to December 31, 2013)<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | $ 111,133.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For last calendar year:<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For the calendar year before that:<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☒ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Margaret Wille**<br>Creditor's Name | ~~12/10~~<br>1/10 and 2/10 | $ 10,500 | $ 70,000 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☒ Other _Legal_ |
| 65-1316 Lihipali Rd<br>Number   Street | | | | |
| Kamuela, HI 96743<br>City   State   ZIP Code | | | | |
| **Chase Card Services**<br>Creditor's Name | 12/25<br>1/25 and 2/25 | $ 3,000 | $ 43,000 | ☐ Mortgage<br>☐ Car<br>☒ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Po Box 15123<br>Number   Street | | | | |
| Wilmington, DE 19850-5123<br>City   State   ZIP Code | | | | |
| **Chase Card Service**<br>Creditor's Name | 12/25<br>1/25 and 2/25 | $ 800 | $ 10,000 | ☐ Mortgage<br>☐ Car<br>☒ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Po Box 15123<br>Number   Street | | | | |
| Wilmington, DE 19850-5123<br>City   State   ZIP Code | | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 41 of 50

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 42 of 50

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency **Both Cases** | Status of the case |
|---|---|---|---|
| Case title **Lee v. Horowitz, et al**<br>**Civ No. 05-1-0196**<br>Hester v. Horowitz, et al<br>Case number **CV no 14-1-0304** | Foreclosure<br><br>Quiet Title | **Third Circuit Court of Hawaii**<br>Court Name<br>**79-1020 Haukapila Street**<br>Number Street<br>**Kealakekua, HI 96750**<br>City State ZIP Code | **Both Cases**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Horowitz et al v Sulla et al**<br>**Fed CV 15 00186 JMS BMK**<br><br>Case number _____ | Civil Rights<br>Wrongful Foreclosure<br>Fraud<br>Malicious Prosecution | **The U.S District Court**<br>Court Name<br>**For The District of Hawaii**<br>Number Street<br>**300 Ala Moana Blvd, #C338**<br>City State ZIP Code<br>**Honolulu, HI 96850** | **Stayed pending**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below. **NO VIABLE PHYSICAL ADDRESS FOR JASON HESTER**

☑ No. Go to line 11.    See Attached Declaration of Process Server
☐ Yes. Fill in the information below.    Regarding Jason Hester)

Property title converted by Paul J Sulla, Jr's
security fraud, forgery, unlawful foreclosure,
fraudulent transfers & concealments

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br>**Jason Hester**<br>Number Street<br>**Po Box 2105**<br><br>**Pahoa HI 96778**<br>City State ZIP Code | **17 Acre "Inn" and spa property on<br>the Big Island under conversion<br>and Trespass to Chattels**<br>Explain what happened<br>☐ Property was repossessed.<br>☑ Property was foreclosed. non-judicially and fraudulently in violation of<br>☐ Property was garnished. 667-5 and 651-c<br>☑ Property was attached, seized, or levied. Illegally Converted | _____ | $ **550,000**<br>(See Schedule D (2.1) for<br>more info) |
| | Describe the property | Date | Value of the property |
| Creditor's Name<br><br>Number Street<br><br>City State ZIP Code | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $ _____ |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No

☐ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |
| Number   Street | | _____ | $_____ |
| | | | |
| City    State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☐ No

☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Medical Veritas International<br>Person to Whom You Gave the Gift | Monetary donations for website | 2015 | $ 1500.00 |
| Po Box 75104 | | _____ | $_____ |
| Number   Street | | | |
| Pahoa, HI 96778 | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $_____ |
| Person to Whom You Gave the Gift | | _____ | |
| | | _____ | $_____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 44 of 50

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number   Street | | | |
| _____<br>City   State   ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | | |
| _____<br>Number   Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>City   State   ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 45 of 50

Debtor 1 _____    Case number (if known)_____
        First Name     Middle Name     Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City       State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City       State   ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City       State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City       State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed 05/13/16   Page 46 of 50

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** _____ <br> **Number   Street** _____ <br> _____ <br> **City      State    ZIP Code** | XXXX–___ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| **Name of Financial Institution** _____ <br> **Number   Street** _____ <br> _____ <br> **City      State    ZIP Code** | XXXX–___ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** _____ <br> **Number   Street** _____ <br> _____ <br> **City      State    ZIP Code** | **Name** _____ <br> **Number   Street** _____ <br> **City      State    ZIP Code** | | ☐ No <br> ☐ Yes |

U.S. Bankruptcy Court - Hawaii  #16-90015  Dkt # 61  Filed  05/13/16  Page 47 of 50

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number   Street | Number   Street | | |
| | CityState ZIP Code | | |
| City            State      ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| | | | |
| City          State     ZIP Code | City                State     ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

◻ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

◻ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

◻ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City          State   ZIP Code | | |
| City          State     ZIP Code | | | |

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 48 of 50

Debtor 1    Leonard George Horowitz    Case number (if known)_____
          First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit |  |  |
| Number  Street | Number  Street |  |  |
|  | City    State  ZIP Code |  |  |
| City    State  ZIP Code |  |  |  |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name |  | ☐ Pending |
|  | Number  Street |  | ☐ On appeal |
| Case number | City    State  ZIP Code |  | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Healthy World, LLC | Online Retail/ Mail Order | EIN: 45 – 265 6081 |
| 5348 Vegas Drive, Ste 353 | Name of accountant or bookkeeper | Dates business existed |
| Las Vegas, NV 89108 | Jackie Lindenbach until 2011 Quickbooks | From 2009 To Present |
| Legal Remedies, LLC | Online Retail/ mail Order | EIN: 80 – 0843334 |
| 7260 Azure Drive Suite 140-615 | Name of accountant or bookkeeper | Dates business existed |
| Las Vegas, NV 89130 | Jackie Lindenbach until 2011/ Quickbooks | From 2014 To Present |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1  Leonard George Horowitz
         First Name   Middle Name   Last Name

Case number (if known)_____

Medical Veritas International   Describe the nature of the business
Business Name

Po Box 75104                    Non-profit 501(c)3 educational
Number   Street

                                Name of accountant or bookkeeper

Honolulu, HI 96836              Quickbooks
City          State   ZIP Code

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 22 - 3915512 __ __ __ __

Dates business existed

From   2009  To  Present

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

                                Date issued

Name                            MM / DD / YYYY

Number   Street

City          State   ZIP Code

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Leonard S. Horowitz_                    ✗ _____
  Signature of Debtor 1                       Signature of Debtor 2

Date _3-9-16_                              Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____  Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 12

U.S. Bankruptcy Court - Hawaii   #16-90015   Dkt # 61   Filed  05/13/16   Page 50 of 50